**Expedited hearing shall be held on 7/3/2013 at 09:00 AM in SA Courtroom 3. Movant is responsible for notice.**



# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: June 28, 2013**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| VALENCE TECHNOLOGY, INC., | § § | CASE NO. 12-11580-CAG |
| Debtor. | § § § | |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING TO CONSIDER FOURTH EXPEDITED MOTION TO EXTEND THE EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN OF REORGANIZATION AND SOLICITATION OF ACCEPTANCES THEREOF

On this date came on for consideration the Motion filed by Debtor Valence Technology, Inc. requesting an expedited hearing on the *Fourth Expedited Motion to Extend the Exclusive Periods for the Filing of a Chapter 11 Plan of Reorganization and Solicitation of Acceptances Thereof*. The Court finds that the Motion should be granted as set forth herein.

{01191/0006/00088688.1}

2

**IT IS THEREFORE ORDERED** that the *Fourth Expedited Motion to Extend the Exclusive Periods for the Filing of a Chapter 11 Plan of Reorganization and Solicitation of Acceptances Thereof* is scheduled for expedited hearing on the date and time listed above.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

Sabrina L. Streusand
State Bar No. 11701700
G. James Landon
State Bar No. 24002445
Seth E. Meisel
State Bar No. 24037089
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)

**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**