**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 28, 2013.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| VALENCE TECHNOLOGY, INC., | § § | CASE NO. 12-11580-CAG |
| Debtor. | § § § | |

**ORDER GRANTING MOTION FOR AN ORDER SHORTENING NOTICE
TO CONSIDER THE DISCLOSURE STATEMENT**

The Court has considered the *Motion for an Order Shortening Notice to Consider the Disclosure Statement* (the "Motion"[1]), filed by the Debtor in the above-captioned Case. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the

---

[1] All capitalized terms not defined herein shall have the meanings assigned to them in the Motion.

{01191/0002/00090399.1}

Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (v) all objections to the Motion have been resolved by this Order or are overruled in their entirety; and (vi) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS THEREFORE ORDERED** that the Motion is hereby GRANTED in all respects.

**IT IS FURTHER ORDERED** that a hearing is scheduled on the Disclosure Statement for September 18, 2013 at 10:00 a.m. (Central).

**IT IS FURTHER ORDERED** that any objections to the Disclosure Statement be filed on or before September 11, 2013 at 5:00 p.m. (Central) and served upon: (i) Streusand, Landon & Ozburn, LLP, 811 Barton Springs Road, Suite 811, Austin, Texas 78704, Attention: Sabrina L. Streusand, Attorneys for the Debtor; (ii) Levene, Neale, Bender, Yoo & Brill, LLP, 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Ron Bender, Attorneys for Berg & Berg Enterprises, LLC; (iii) Fritz, Byrne, Head & Harrison, PLLC, 98 San Jacinto Blvd., Suite 2000, Austin, Texas 78701, Attention: Lisa Fancher, Attorneys for Berg & Berg Enterprises, LLC; (iv) Brinkman Portillo Ronk, PC, 4333 Park Terrace Drive, Suite 205, Westlake Village, California 91361, Attention: Daren Brinkman, Counsel to the Committee of Unsecured Creditors; and (v) the U.S. Trustee, Attention: Valerie Wenger, 903 San Jacinto Blvd., Suite 230, Austin, Texas 78701.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

**Proposed Order Submitted by:**

**STREUSAND, LANDON & OZBURN, LLP**

Sabrina L. Streusand
State Bar No. 11701700
G. James Landon
State Bar No. 24002445
Seth E. Meisel
State Bar No. 24037089
811 Barton Springs Road, Suite 811
Austin, Texas 78704
(512) 236-9900
(512) 236-9904 (Fax)

**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**